FILED
2018 Feb-28 AM 09:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

ALVIN H. DANIELS,

  Petitioner,

vs.           Case No. 1:17-cv-01996-AKK-TMP

DERRICK CARTER, Warden; et al.,

  Respondents.

## MEMORANDUM OPINION

On February 5, 2018, the magistrate judge filed his Report and Recommendation, recommending that, based on petitioner's motion for voluntary dismissal, this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed. (Doc. 17). No objections have been filed. Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* is due to be **DISMISSED WITHOUT PREJUDICE**. A separate final judgment will be entered.

The Clerk is **DIRECTED** to mail a copy of this Memorandum Opinion to the petitioner.

**DONE** the 28th day of February, 2018.

                                              **ABDUL K. KALLON**
                                        UNITED STATES DISTRICT JUDGE